No. 80–1112. UNITED STATES v. CHAMBERLIN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. CHIEF JUSTICE BURGER would grant certiorari and reverse the judgment. JUSTICE BLACKMUN would grant certiorari and set case for oral argument.